This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Madison COUNTY | | |

| Instructions ▾ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Patterson | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | LIFE INS. CO. OF N. AMERICA., et al | 2020L 000558 |
| | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

| | |
|---|---|
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1.** **Information about the lawsuit:** <br> Amount claimed:   $ 150,000.00 |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.** **Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last):*  Matthew R. Davis,  Gallagher Davis LLP <br> Street Address, Apt #:  2333 S Hanley Road <br> City, State, ZIP:  St Louis, MO 63144 <br> Telephone:  (314) 725-1780 <br> ☐ See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.** **Contact information for the Defendant/Respondent:** <br> Name *(First, Middle, Last):*  Illinois Director of Insurance RA for Life Ins. Co. of N. America <br> Street Address, Apt #:  320 W. Washington Street <br> City, State, ZIP:  Springfield, Illinois 62701 <br> Telephone: <br> ☑ See attached for additional Defendant/Respondent contact information |

| **Important Information for the person receiving this form:** | You have been sued. <br> Follow the instructions on the next page on how to appear/answer. <br> • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking. <br> • Your written appearance/answer must be filed on time and in the proper form. <br> • Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp <br> If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.* <br> You should read all of the documents attached. |
|---|---|

EXHIBIT

A

exhibit

Enter the Case Number given by the Circuit Clerk: _2020L 000558_

| | |
|---|---|
| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response. | **4. Instructions for person receiving this form (Defendant/Respondent):**<br>To respond to this *Summons* you must:<br>☐ Go to court:<br>On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____ Court Room: _____<br>City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court:<br>On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____<br><br>☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: 155 North Main Street<br>City, State, ZIP: Edwardsville, IL 62025 |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** 6/11/2020 _____<br><br>**Clerk of the Court:** /s/ Mark Von Nida<br>Clerk of the Circuit Court _____ |

| | |
|---|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of its date, listed above.<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Madison _____ COUNTY | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Patterson<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | LIFE INS. CO. OF N. AMERICA., et al<br>**Defendant / Respondent** *(First, middle, last name)* | 2020L 000558<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

My name is _____ and I swear under oath
*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
Height: _____   Weight: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐   Female: ☐   Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the
above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2020L 000558

DO NOT complete
this section. The
sheriff, or private
process server will
complete it.

**By:**

_____

*Signature*

_____

*Print Name*

**FEES**

By certified/registered     $ _____

Service and Return          $ _____

Miles: _____      $ _____

Total     $ _____

HONEYWELL INTERNATIONAL INC.,
Danyale Johnson
Registered Agent
401 E Illinois St, Ste 060 ) Chicago , Il 60611

***EFILED***
Case Number 2020L 000558
Date: 4/20/2020 12:00 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS
AT LAW

| | |
|---|---|
| THOMAS PATTERSON<br>   Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| HONEYWELL INTERNATIONAL INC., | )<br>) |
| Serve: Danyale Johnson<br>Registered Agent<br>401 E Illinois St, Ste 060<br>Chicago , Il 60611 | )<br>)<br>)<br>)<br>) |
| And | )<br>) |
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA<br>d/b/a CIGNA GROUP INSURANCE | )<br>)<br>)<br>) |
| Serve: Illinois Director of Insurance<br>320 W. Washington Street<br>Springfield, Illinois 62701 | )<br>)<br>) |
|    Defendants. | )<br>) |

Case No:

**2020L 000558**

Jury Trial Demanded

## **COMPLAINT AT LAW**

### **COUNT 1 -VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT 820 Ill. Comp. Stat. 115/1 *et seq*. AGAINST DEFENDANT HONEYWELL INTERNATIONAL INC.**

This lawsuit arises under the Illinois Wage Payment and Collection Act, 820 Ill. Comp. Stat. 115/1 *et seq*. ("IWPCA"), for Defendant Honeywell International Inc.,  failure to provide plaintiff with his earned compensation per the agreement between the parties, and the Defendant Cigna for tortious interference with contract.

1. Plaintiff was employed as a Superintendent/Planning at Defendant Honeywell's facility in Metropolis, Illinois.

2. On June 16, 2016 Plaintiff was forced to stop working due to a diagnosis of Leukocytoclastic Vasculitis, which caused him constant pain and swelling in his legs and feet which was worsened with prolonged standing and sitting.

3.      As a term of his employment, Honeywell agreed to pay compensation out of its general assets to Mr. Patterson for periods of time during which his was physically or mentally unable to perform any of the material duties of his regular occupation, in the form of short term disability benefits (STD Benefits).

4.      The STD Benefits available to Mr. Patterson on the account of work he performed for Honeywell constitute a Payroll Practice as that term is defined by 29 C.F.R.§ 2510.3-1(b)(2) and do not constitute an "employee welfare benefit plan," subject to ERISA.

5.      Pursuant to the terms and conditions of Defendant Honeywell's STD benefit plan, Defendant breached the terms and conditions of its employment agreement providing Plaintiff wages in the form of STD Benefits.

6.      As a direct, proximate and foreseeable result of Defendant's breach of employment agreement, Plaintiff has incurred the loss of wages for the time period of June 16, 2016 through December 16, 2016.

7.      At all relevant times herein, Defendant Honeywell was Plaintiff's "employer" as defined in the IWPCA. 820 Ill. Comp. Stat. §§ 115/2, 115/13.

8.      At all times relevant, Plaintiff was employed by Defendant Honeywell as an "employee" within the meaning of the IWPCA, 820 Ill. Comp. Stat. §§ 115/2, 115/13.

9.      The Short Term Disability Plan executed by the parties constitutes an "agreement" under the IWPCA.

10.     The IWPCA requires that employers pay employees all wages earned. 820 Ill. Comp. Stat. § 115/3.

11.     In violation of the IWPCA, Defendant Honeywell failed and refused to pay Plaintiff his earned wages in the form of STD benefits pursuant to the parties' agreement.

WHEREFORE, Plaintiff, Thomas Patterson, respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against the Defendant, including:

A.      Awarding all back pay and unpaid wages;

B.      Awarding prejudgment interest on the back pay in accordance with 815 Ill. Comp. Stat. 205/2;

C.   Awarding statutory damages pursuant to the formula set forth in 820 Ill.
Comp. Stat. 115/14(a);

D.   Awarding reasonable attorneys' fees and costs incurred in filing this action; and,

E.   Ordering such additional relief as this Court deems just and proper.

## COUNT II- TORTIOUS INTERFERENCE WITH EMPLOYMENT CONTRACT

12.   Plaintiff incorporates by reference paragraphs 1-11 above as if fully set forth as paragraph 12.

13.   Defendant Life Insurance Company of North America d/b/a Cigna Group Insurance ("CIGNA") is a "third party administrator," as that term is defined in 215 ILCS 5/511.101, of Defendant Honeywell's short term disability benefits program.

14.   The employment agreement providing wages in the form of STD Benefits was a valid and enforceable contract between plaintiff and Defendant Honeywell.

15.   Defendant CIGNA, by virtue of being the third-party administrator was aware of Plaintiff's contractual relationship with Defendant Honeywell in that CIGNA was hired by Honeywell to process STD Benefit claims submitted by Honeywell employees.

16.   Defendant CIGNA, intentionally and without justification, denied plaintiff's STD Benefits claim despite plaintiff providing adequate proof that he qualified for the STD Benefits, thereby inducing a breach of the employment agreement between Honeywell and plaintiff that provided for wages in the form of STD Benefits.

17.   Despite plaintiff providing medical documentation from his treating physician that he was medically unable to perform the material duties of his occupation, CIGNA denied plaintiff's claim for STD Benefits causing Defendant Honeywell's failure to pay the promised wages in the form of STD Benefits and thereby breaching its its employment agreement with plaintiff.

18.   As a result of CIGNA's conduct, plaintiff was damaged in the amount of unpaid wages in the form of STD Benefits.

WHEREFORE, Plaintiff, Thomas Patterson, respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against CIGNA, including:

A. Payment of lost wages in the form of Short Term Disability Benefits;

B. Awarding prejudgment interest in accordance with 815 Ill. Comp. Stat. 205/2;

C. Awarding reasonable attorneys' fees and costs incurred in filing this action; and,

D. Ordering such additional relief as this Court deems just and proper.

GALLAGHER DAVIS, L.L.P.

Matthew R. Davis #6291499
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax (314) 725 0101

matt@gallagherdavis.com
Attorneys For Plaintiff

7/14/2020

Illinois Department of Insurance - Company Search



| | |
|---|---|
| Legal Name: | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| Company Type: | LAH Foreign Stock |
| Domicile: | Philadelphia, Pennsylvania |
| Parent Company: | |
| Status: | Active |
| FEIN: | 23-1503749 |
| NAIC Code: | 901 65498 |
| Incorporated Date: | 9/21/1956 |

Accident & Health Expense Information    Select an available filing period ⌄

Addresses

| Administrative Mailing | Corporate Home |
|---|---|
| Two Liberty Place TL14A<br>1601 Chestnut St<br>Philadelphia,  PA   19192 2362 | Two Liberty Pl<br>1601 Chestnut St<br>Philadelphia,  PA   19192 |

Phone Numbers

| Business |
|---|
| (215) 761-1000 |

<-- Back to Search Results



EXHIBIT

B

1/1

| Corporations ▾ | Search Business Entities (corpsearch.aspx) | Search UCC Transactions (uccsearch.aspx) | Forms ▾ |

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)                    Login (https://hub.business.pa.gov/login)

Search entity / Select entity / Order documents

# Order Business Documents

Date: 07/14/2020

## Business Name History

| Name | Name Type |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA | Current Name |

## Business Entity Details
### Officers

| Name | LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| Entity Number | 206105 |
| Entity Type | PA Miscellaneous Business Corporation |
| Status | Active |
| Citizenship | Domestic |
| Entity Creation Date | 09/21/1956 |
| Effective Date | 09/21/1956 |
| State Of Inc | PA |
| Address | 1600 Arch Street Philadelphia PA 19103 Philadelphia |

## Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 ▾ entries                                                        Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 09/21/1956 | LETTERS PATENT 1 | 1 | 1 | $3.00 | 0 | $40.00 | 3 | 867 | | 1 |
| ☐ | 09/21/1956 | ARTICLES OF INCORPORATION-MISCELLANEOUS 2 | 7 | 1 | $3.00 | 0 | $40.00 | 3 | 866 | | 7 |
| ☐ | 05/01/1963 | ARTICLES OF AMENDMENT-MISCELLANEOUS 3 | 7 | 1 | $3.00 | 0 | $40.00 | 3 | 868 | | 7 |

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

Form 8-K
CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934
DATE OF REPORT – August 1, 2019
(Date of earliest event reported)

# HONEYWELL INTERNATIONAL INC.
(Exact name of Registrant as specified in its Charter)

| Delaware | 1-8974 | 22-2640650 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

| 300 South Tryon Street, Charlotte, NC | 28202 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (704) 627-6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $1 per share* | HON | The New York Stock Exchange |
| 0.650% Senior Notes due 2020 | HON 20 | The New York Stock Exchange |
| 1.300% Senior Notes due 2023 | HON 23A | The New York Stock Exchange |
| 2.250% Senior Notes due 2028 | HON 28A | The New York Stock Exchange |

* The common stock is also listed on the London Stock Exchange

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐



EXHIBIT

C

## Report of Claim

Life Insurance Company of North of America
Connecticut General Life Insurance Company
Cigna Life Insurance Company of New York
Great-West Healthcare Administered by Cigna
Cigna Worldwide Insurance Company


Cigna.

**NEW YORK FRAUD WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5000 and the stated value of the claim for each such violation.

For residents of the following states, please see the last page of this form: *California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, Oregon, Pennsylvania, Rhode Island, Tennessee, Texas or Virginia.*

| EMPLOYEE INFORMATION | | | |
|---|---|---|---|
| Name of Employee *(Last, First, Middle)*:<br>PATTERSON, THOMAS A | Date of Birth:<br>7/13/1962 | Incident #:<br>4021537 | Sex:<br>☒ Male ☐ Female |
| Address *(Street, Apt.)*:<br>4884 Hwy 126 | | | |
| City:<br>Princeton | State:<br>KY | Zip Code:<br>42445 | Telephone #299 |

| PLEASE COMPLETE SECTIONS A, B, OR C - AND THE REMAINDER OF THE APPLICATION |
|---|

| Are you currently losing time from work?<br>☐ Yes ☐ No ☐ Unknown | If Yes, what specifically prevents you from working? | |
|---|---|---|
| Last day worked:<br>6/8/2016 # hours worked: | Date first unable to work:<br>6/9/2016 | Date you plan to return to work: |
| | If Yes, when did it occur *(dates)* ? | Please describe: |

Please list any other states in which you may be liable for filing tax returns.
KY

Are you receiving any other income or benefits? If so, please complete the following:

Please provide the name of your medical insurance carrier.

| Benefit Type | Gross Weekly Amount | Date Began | Paid through Date |
|---|---|---|---|
| None | | | |
| None | | | |
| None | | | |
| None | | | |


EDEN PRAIRIE
JUL 1 2 2016
Group Disability
Benefits Office

801955 Rev. 03/2016

Page 1 of 4

**EXHIBIT**
D

Thomas Patterson
LINA 000210

## EMPLOYMENT INFORMATION

| Occupation: Superintendent Planning / *PLANNER* | Date hired: 2/18/2013 | Basic earnings: $1.00 | Frequency: Weekly | Date of last change in earnings: |
|---|---|---|---|---|

Please provide a brief description of daily job duties:
*Review All work in Assigned Areas.*
*Walk down each Noti and Review*
*with Supervisor - operator.*
*Kit parts and walkdown Planned*
*work + part with Spervisor*

Please check the appropriate items regarding this employee:

- [ ] Exempt
- [ ] Supervisory
- [X] Full-Time
- [ ] Union - Local #
- [ ] Non-Exempt
- [ ] Non-Supervisory
- [ ] Part Time
- [ ] Management
- [ ] Non-Management
- [X] Salaried
- [ ] Non-Union
- [ ] Hourly
- Hours/Week

Has employee been laid off? [ ] Yes [X] No [ ] Unknown
Or terminated? [ ] Yes [X] No [ ] Unknown
If Yes, please indicate the date and reason:

| STD Policy/Covg. number: SHD0985213 | Effective date of employee's STD coverage: | Was STD Insurance issued on the basis of a statement of physical condition? [ ] Yes [ ] No [ ] Unknown |
|---|---|---|

| Percent of Employee's STD contribution: % | Employee's contributions were made on: [ ] Pre-Tax Basis [ ] Post-Tax Basis | Premium paid through date: |
|---|---|---|

| LTD Policy/Covg. number: | Effective date of employee's LTD coverage: | Was LTD insurance issued on the basis of a statement of physical condition? [ ] Yes [ ] No [ ] Unknown |
|---|---|---|

| Percent of Employee's LTD contribution: % | Employee's contributions were made on: [ ] Pre-Tax Basis [ ] Post-Tax Basis | Premium paid through date: |
|---|---|---|

## EMPLOYEE WORK LOCATIONS

| Employer Name: *PERFORMANCE MATERIALS & TECHNOLOGIES* ~~HONEYWELL INTL INC.~~ | Contact person: *TRACI WATSON   HR MANAGER* |
|---|---|
| Address (Include Street, City, State & Zip Code): *2768 US Highway 45 North* ~~101 Columbia Road  Morristown NJ 07960~~ *Metropolis, IL. 62960* | Telephone No.: *618-524-6200* |

## ADDITIONAL EMPLOYERS (If applicable)

| Employer Name: | Contact person: |
|---|---|
| Address (Include Street, City, State & Zip Code): | Telephone No.: |

Name of Employee (Last, First, Middle):
PATTERSON, THOMAS A

## CERTIFICATION

This is to certify the facts as indicated above are true to the best of my knowledge and belief.

Signature of Employee: *Thomas A. Patterson*

Date of Signature: *6-2C-16*

The issuance of this form is not an admission of the existence of any insurance nor does it recognize the validity of any claim and is without prejudice to the company's legal rights.

801955  Rev. 03/2016

Page 2 of 4

Thomas Patterson
LINA 000211



# Notice of Service of Process

TV / ALL
Transmittal Number: 21673318
Date Processed: 06/28/2020

| Primary Contact: | Julie Milligan<br>Honeywell International<br>300 S Tryon St<br>Charlotte, NC 28202-1040 |
| --- | --- |

| Entity: | Honeywell International Inc.<br>Entity ID Number 2034040 |
| --- | --- |
| Entity Served: | Honeywell International, Inc. |
| Title of Action: | Thomas Patterson vs. Honeywell International Inc |
| Matter Name/ID: | Thomas Patterson vs. Honeywell International Inc (10329712) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court/Agency: | Madison County Circuit Court, IL |
| Case/Reference No: | 2020L 000558 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 06/26/2020 |
| Answer or Appearance Due: | 30 days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Matthew R Davis<br>314-725-1780 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court Use Only |
|---|---|---|
| Madison _____ COUNTY | | |

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Thomas Patterson<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. |
| Enter the Case Number given by the Circuit Clerk. | HONEYWELL INTERNATIONAL INC., et al<br>**Defendant / Respondent** *(First, middle, last name)* |

| 2020L 000558 |
|---|
| **Case Number** |

---

| In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent. | **1.** Information about the lawsuit:<br>Amount claimed:  $ 150,000.00 _____ |
|---|---|
| In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.** Contact information for the Plaintiff/Petitioner:<br>Name *(First, Middle, Last)*: Matthew R. Davis,  Gallagher Davis LLP<br>Street Address, Apt #: 2333 S Hanley Road<br>City, State, ZIP: St Louis, MO 63144<br>Telephone: (314) 725-1780<br>☐ See attached for additional Plaintiff/Petitioner contact information |
| In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.** Contact information for the Defendant/Respondent:<br>Name *(First, Middle, Last)*: Illinois CSC    RA for Honeywell International, INC<br>Street Address, Apt #: 801 Adlai Stevenson Drive<br>City, State, ZIP: Springfield, Illinois 62703<br>Telephone: 866-403-5272<br>☑ See attached for additional Defendant/Respondent contact information |

---

**Important Information for the person receiving this form:**

You have been sued.

Follow the instructions on the next page on how to appear/answer.

• If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.

• Your written appearance/answer must be filed on time and in the proper form.

• Forms for a written appearance/answer are available here:
http://www.illinoiscourts.gov/forms/approved/default.asp

• If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*

• You should read all of the documents attached.

Enter the Case Number given by the Circuit Clerk: 2020L 000558

**4.** **Instructions for person receiving this form (Defendant/Respondent):**

In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.

To respond to this *Summons* you must:

☐ Go to court:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____ Court Room: _____
City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:
On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: 155 North Main Street
City, State, ZIP: Edwardsville, IL 62025

**STOP!**
The Circuit Clerk will fill in this section.

Witness this Date: 6/11/2020

Clerk of the Court: /s/ Mark Von Nida
Clerk of the Circuit Court

**STOP!**
The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:** To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:** E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT  Madison          COUNTY | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Patterson _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | HONEYWELL INTERNATIONAL INC., et al _____ **Defendant / Respondent** *(First, middle, last name)* | 2020L 000558 _____ **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

**My name is** _____ and I swear under oath
                    *First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:

Male: ☐  Female: ☐  Approx. Age: _____  Hair Color: _____

Height: _____  Weight: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ At the Defendant/Respondent's home:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

And left it with: _____
                        *First, Middle, Last*

Male: ☐  Female: ☐  Approx. Age: _____

and by sending a copy to this defendant in a postage-paid, sealed envelope to the

above address on _____ , 20 _____

☐ On the Corporation's agent, _____
                                       *First, Middle, Last*

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2020L 000558

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

By: _____

_____
*Signature*

_____

_____
*Print Name*

FEES

By certified/registered    $ _____
Service and Return         $ _____
Miles: _____       $ _____
Total    $ _____

LIFE INSURANCE COMPANY OF NORTH AMERICA
d/b/a CIGNA GROUP INSURANCE
Illinois Director of Insurance
320 W. Washington Street
Springfield, Illinois 62701

***EFILED**
Case Number 2020L 00055
Date: 4/20/2020 12:00 AI
Mark Von Nid:
Clerk of Circuit Cour
Third Judicial Circuit, Madison County Illinoi:

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS
AT LAW

| | | |
|---|---|---|
| THOMAS PATTERSON | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | 2020L 000558 |
| v. | ) | |
| | ) | Case No: |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | Jury Trial Demanded |
| Serve: Danyale Johnson | ) | |
| Registered Agent | ) | |
| 401 E Illinois St, Ste 060 | ) | |
| Chicago , Il 60611 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA | ) | |
| d/b/a CIGNA GROUP INSURANCE | ) | |
| | ) | |
| Serve: Illinois Director of Insurance | ) | |
| 320 W. Washington Street | ) | |
| Springfield, Illinois 62701 | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

### COUNT 1 -VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT 820 Ill. Comp. Stat. 115/1 *et seq.* AGAINST DEFENDANT HONEYWELL INTERNATIONAL INC.

This lawsuit arises under the Illinois Wage Payment and Collection Act, 820 Ill. Comp. Stat. 115/1 *et seq.* ("IWPCA"), for Defendant Honeywell International Inc.,  failure to provide plaintiff with his earned compensation per the agreement between the parties, and the Defendant Cigna for tortious interference with contract.

1. Plaintiff was employed as a Superintendent/Planning at Defendant Honeywell's facility in Metropolis, Illinois.

2. On June 16, 2016 Plaintiff was forced to stop working due to a diagnosis of Leukocytoclastic Vasculitis, which caused him constant pain and swelling in his legs and feet which was worsened with prolonged standing and sitting.

3.      As a term of his employment, Honeywell agreed to pay compensation out of its general assets to Mr. Patterson for periods of time during which his was physically or mentally unable to perform any of the material duties of his regular occupation, in the form of short term disability benefits (STD Benefits).

4.   The STD Benefits available to Mr. Patterson on the account of work he performed for Honeywell constitute a Payroll Practice as that term is defined by 29 C.F.R. § 2510.3-1(b)(2) and do not constitute an "employee welfare benefit plan," subject to ERISA.

5.      Pursuant to the terms and conditions of Defendant Honeywell's STD benefit plan, Defendant breached the terms and conditions of its employment agreement providing Plaintiff wages in the form of STD Benefits.

6.      As a direct, proximate and foreseeable result of Defendant's breach of employment agreement, Plaintiff has incurred the loss of wages for the time period of June 16, 2016 through December 16, 2016.

7.      At all relevant times herein, Defendant Honeywell was Plaintiff's "employer" as defined in the IWPCA. 820 Ill. Comp. Stat. §§ 115/2, 115/13.

8.      At all times relevant, Plaintiff was employed by Defendant Honeywell as an "employee" within the meaning of the IWPCA, 820 Ill. Comp. Stat. §§ 115/2, 115/13.

9.      The Short Term Disability Plan executed by the parties constitutes an "agreement" under the IWPCA.

10.     The IWPCA requires that employers pay employees all wages earned. 820 Ill. Comp. Stat. § 115/3.

11.     In violation of the IWPCA, Defendant Honeywell failed and refused to pay Plaintiff his earned wages in the form of STD benefits pursuant to the parties' agreement.

WHEREFORE, Plaintiff, Thomas Patterson, respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against the Defendant, including:

A.      Awarding all back pay and unpaid wages;

B.      Awarding prejudgment interest on the back pay in accordance with 815 Ill. Comp. Stat. 205/2;

C.   Awarding statutory damages pursuant to the formula set forth in 820 Ill. Comp. Stat. 115/14(a);

D.   Awarding reasonable attorneys' fees and costs incurred in filing this action; and,

E.   Ordering such additional relief as this Court deems just and proper.

## COUNT II- TORTIOUS INTERFERENCE WITH EMPLOYMENT CONTRACT

12.   Plaintiff incorporates by reference paragraphs 1-11 above as if fully set forth as paragraph 12.

13.   Defendant Life Insurance Company of North America d/b/a Cigna Group Insurance ("CIGNA") is a "third party administrator," as that term is defined in 215 ILCS 5/511.101, of Defendant Honeywell's short term disability benefits program.

14.   The employment agreement providing wages in the form of STD Benefits was a valid and enforceable contract between plaintiff and Defendant Honeywell.

15.   Defendant CIGNA, by virtue of being the third-party administrator was aware of Plaintiff's contractual relationship with Defendant Honeywell in that CIGNA was hired by Honeywell to process STD Benefit claims submitted by Honeywell employees.

16.   Defendant CIGNA, intentionally and without justification, denied plaintiff's STD Benefits claim despite plaintiff providing adequate proof that he qualified for the STD Benefits, thereby inducing a breach of the employment agreement between Honeywell and plaintiff that provided for wages in the form of STD Benefits.

17.   Despite plaintiff providing medical documentation from his treating physician that he was medically unable to perform the material duties of his occupation, CIGNA denied plaintiff's claim for STD Benefits causing Defendant Honeywell's failure to pay the promised wages in the form of STD Benefits and thereby breaching its its employment agreement with plaintiff.

18.   As a result of CIGNA's conduct, plaintiff was damaged in the amount of unpaid wages in the form of STD Benefits.

WHEREFORE, Plaintiff, Thomas Patterson, respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against CIGNA, including:

A. Payment of lost wages in the form of Short Term Disability Benefits;

B. Awarding prejudgment interest in accordance with 815 Ill. Comp. Stat. 205/2;

C. Awarding reasonable attorneys' fees and costs incurred in filing this action; and,

D. Ordering such additional relief as this Court deems just and proper.

GALLAGHER DAVIS, L.L.P.

Matthew R. Davis #6291499
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax (314) 725 0101

matt@gallagherdavis.com
Attorneys For Plaintiff