## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS PATTERSON,                                    )
                                                     )
        Plaintiff,                         )
                                                     )
vs.                                                  )
                                                     )   Case No. 3:20-cv-00688
                                                     )
HONEYWELL INTERNATIONAL INC. and                     )
LIFE INSURANCE COMPANY OF NORTH                      )
AMERICA d/b/a CIGNA GROUP                            )
INSURANCE,                                           )
                                                     )
        Defendant.                         )

### <u>ENTRY OF APPEARANCE</u>

NOW COMES James M. Brodzik with the law firm of Hinshaw & Culbertson LLP, and

hereby enters his appearance on behalf of Defendant Life Insurance Company of North America.

Respectfully submitted,

/s/ James M. Brodzik
Daniel K. Ryan, 06196616
dryan@hinshawlaw.com
James M. Brodzik, 06311003
jbrodzik@hinshawlaw.com
Hinshaw & Culbertson LLP
521 W. Main St., Suite 300
Belleville, IL 62220
Telephone: 618-277-2400
Facsimile: 618-277-1144
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA d/b/a CIGNA GROUP
INSURANCE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 14th day of July, 2020.

*/s /James M. Brodzik*