IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS PATTERSON,              ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | Case No. 3:20-cv-688-JPG |
| v.                             ) | |
|                                ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA,                       ) | |
|                                ) | |
|                                ) | |
|     Defendant.                 ) | |

## ORDER

Before the Court is a joint motion by the parties for a continuance and a revised scheduling order. For good cause shown, the motion is **GRANTED**. Jury Trial in this matter is reset for March 7, 2022 at 9:00 a.m. in Benton with a Final Pretrial Conference to be held on February 23, 2022 at 9:00 a.m. in Benton, both before the Honorable J. Phil Gilbert.

**IT IS SO ORDERED.**

**DATED:  March 29, 2021**

*/s/ J. Phil Gilbert*
**J. PHIL GILBERT**
United States District Judge