IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:20-CV-00688 |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA , | ) |
| | ) |
| Defendant. | ) |

## AMENDED SCHEDULING AND DISCOVERY ORDER

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties/as modified at the Pretrial Scheduling and Discovery Conference.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by September 1, 2021.

2. Plaintiff's deposition shall be taken by October 1, 2021.

3. Defendant's deposition shall be taken by October 1 2021.

4. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by October 15, 2020.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
   Plaintiff's expert(s): October 15, 2021.
   Defendant's expert(s): October 15, 2021.
   Third Party expert(s): N/A

6. Depositions of expert witnesses must be taken by:
   Plaintiff's expert(s): October 29, 2021.
   Defendant's expert(s): October 29, 2021.
   Third Party expert(s): N/A

7. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☐ do ☒ do not anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than November 1, 2021. (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

8. **Discovery** shall be completed by November 4, 2021 (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9. All **dispositive motions** shall be filed by November 19, 2021 (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

10. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: March 17, 2021

/s/ Matthew R. Davis
COUNSEL FOR PLAINTIFF

/s/ James M. Brodzik
COUNSEL FOR DEFENDANT

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        /s/ James M. Brodzik
        James M. Brodzik

1032161\307819446.v1

Daniel K. Ryan #6196616<br>
dryan@hinshawlaw.com<br>
James M. Brodzik #6311003<br>
jbrodzik@hinshawlaw.com<br>
Hinshaw & Culbertson LLP<br>
521 West Main Street<br>
Suite 300<br>
Belleville, IL 62220<br>
Telephone: 618-277-2400<br>
Facsimile: 618-277-1144<br>
Attorneys for Defendant  LIFE INSURANCE<br>
COMPANY OF NORTH AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 17, 2021,** I emailed the foregoing reflecting service on all attorneys of record.

/s/ James M. Brodzik

1032161\307819446.v1