IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 20-cv-688 JPG |
| vs. ) | |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA d/b/a CIGNA, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Thomas Patterson, by and through undersigned counsel, and hereby notifies the Court that a settlement in principle has been reached between Plaintiff and Defendant Life Insurance Company of North America, and only Life Insurance Company of North America. Plaintiff requests sixty days to finalize the settlement agreement and to file all necessary documents with the Court.

**Respectfully submitted,**

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that on the 22nd day of September 2021 a copy of the foregoing was served via the Court's electronic filing system, upon all counsel of record.

By: */s/ Adam J. Olszeski*