UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS PATTERSON,

    Plaintiff,

v.

LIFE INSURANCE OF NORTH AMERICA d/b/a CIGNA Group Insurance, and HONEYWELL INTERNATIONAL INC.,

    Defendants.

Case No. 20-cv-688-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some issues, and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** November 29, 2021

                                                **MARGARET M. ROBERTIE, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**