IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 20-cv-688 JPG |
| vs. ) | |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA d/b/a CIGNA, et al., ) | |
| ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Thomas Patterson appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 29th day of November, 2021, the Court's Memorandum and Order dated March 9, 2021 and the Memorandum and Order dated June 16, 2021.

**GALLAGHER DAVIS, L.L.P.**

*/s/ Matthew R. Davis*
Matthew R. Davis
Adam J. Olszeski
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 21, 2021 a copy of the foregoing was served via the Court's electronic filing system, upon all counsel of record.

*/s/Matthew R. Davis*