# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 14, 2022

To:  Monica A. Stump
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis, IL 62201-0000

| No. 21-3356 | THOMAS PATTERSON,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, doing business as CIGNA Group Insurance and HONEYWELL INTERNATIONAL, INC.,<br>　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00688-JPG<br>Southern District of Illinois<br>District Judge J. Phil Gilbert ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                              F.R.A.P. 42(b)

STATUS OF THE RECORD:                    no record to be returned

form name: **c7_Mandate**   (form ID: **135**)